THE PEOPLE OF THE STATE OF NEW YORK, ex rel FERDINAND KURZMAN, Appellant, v. ANDREW H. GREEN and others, Comprising the Board of Revision and Correction of Assessments, and the Board of Assessors of the City of New York, Respondents. ·

*Board of assessors — power of to award damage for change of grade — award — who entitled to.*

The relator became the owner of a house and lot on One Hundred and Twenty-third street, New York, in 1872.   The grade of the street was established in 1853, and altered in 1867 by the commissioners of the Central park, under laws ·passed in 1865, 1866 and 1867.   In 1872, and after the relator became the owner of the lot, the street was regulated and graded in conformity with the new grade, and the damage resulting therefrom was awarded in favor of the relator by the board of assessors, and the lists transmitted to the board of revision and correction of assessments 11th February, 1874.   On the 26th March, 1874, the list was returned with directions " to omit the assessments for and awards of damage by reason of change of grade " for the reason that the board of assessors had no power to include the sums so awarded or to make the said awards The relator thereupon applied for a mandamus commanding the board of revision to receive and enter the award, and the board of assessors to retain the awards without change.   *Held*, that the right to have the loss and damage assessed is given, by section 3 of chapter 52 of the Laws of 1852, to the owner of the property at the time the change is made, and not to the party owning it when the law was passed changing the grade ; and the board of assessors have power to make such awards.

Appeal from an order of the Special Term denying a motion for a writ of peremptory mandamus.

*Kurzman & Yeaman,* for the appellants. *D. J. Dean, and Hugh L. Cole,* for the respondents.

Opinion by DAVIS, P. J. DANIELS and BRADY, JJ., concurred.

Order reversed, and writ of mandamus granted.